IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

    Plaintiff,                    No. 2:10-cv-2370 KJN (TEMP) P

    vs.

SALINAS, et al.

    Defendants.             <u>ORDER</u>

                                /

        On May 16, 2011, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Local Rule 230(c) requires a party to file an opposition or statement of non-opposition in response to a motion. Failure to oppose a motion to dismiss may be deemed a failure by plaintiff to prosecute his case and result in dismissal under Federal Rule of Civil Procedure 41(b). Therefore plaintiff will have a final opportunity in which to file an opposition or statement of non-opposition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will

////

////

1

1  result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

2  DATED: July 5, 2011

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

step1516.46osc